**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

JAMES GRIMES,
　　Plaintiff,

v.                                                     Case No. 8:26-cv-1343-KKM-SPF

PASCO COUNTY JAIL,
　　Defendant.

_____

## <u>ORDER</u>

Grimes, a pretrial detainee in the Pasco County Jail, filed a letter addressed "to any U.S. magistrate." (Doc. 1.) Upon consideration, this case is dismissed without prejudice.

Grimes has not properly initiated a civil action in this Court. Federal Rule of Civil Procedure 3 provides that "[a] civil action is commenced by filing a complaint with the court." This matter cannot proceed on Grimes's letter. To the extent that the letter addresses conditions at the Pasco County Jail, such claims would properly be brought in a civil rights action under 42 U.S.C. § 1983. Grimes also alleges that his state court criminal defense attorney has not adequately communicated with or represented him. If Grimes intends to pursue such allegations in a new action, he should note that a federal court's intervention in an ongoing state court criminal proceeding is strictly limited to certain exceptional circumstances. *Younger v. Harris*, 401 U.S. 37 (1971).

1

Accordingly, this case is **DISMISSED without prejudice**. The **CLERK** is directed to enter judgment, which shall read "This case is dismissed without prejudice," to terminate any pending motions and deadlines, and to **CLOSE** this case.

**ORDERED** in Tampa, Florida, on May 7, 2026.

Kathryn Kimball Mizelle
United States District Judge