Your Honor,                    8:26-CV-1499-WFJ-AEP
I know this is not the proper vehicle for me to file a 42USC 1983. I am blind and have to get my cell-mates to read and write for me, he is a layman in Litigation, Please accept this second Letter as an Emergency petition for writ of Habeus Corp-us and allow me some type of Legal Counsel in this matter or give me an Opportunity to be brought in front of he Courts for oral presentation this is potentionaly Life Threatening. This is not frivilous I am blind and I am asking the court to have compassion and before passing Judgement to please speak to me So I can properly explain my stuation and conditions of my daily Life the ADA Courdinator and staff here are of no help please help Me. Your Honor what is the Avenue for a blind man to get help, Please transport me to speak to you I'm asking this court to not fail me. I Don't know who else I can turn to for help please Don't pass me off to the same Jail staff that this is about I Live in Consiant fear of them and others Inmates all Day and Night What am I supposed to do with no one to turn too. This is a real as It gets I hope I can count on this court, I can sense that my time is running very short because of how staff here are responding to me. Please at least send Someone from the court to talk to me and make sure im alright and alive. Please dont Let them put me in a medical isolation Cell it is the same as a Disciplinary Confinement and I wont have any help to write this court at all. ~~Either they~~ have accomadations for Deaf imates and mute Inmates lame and Infirm In mates But nothing for the blind.

[library stamp]

Case No. 8:26-CV-1343-KKM-SPF

Clerk, Please

Get this to the

Magistrate,

Emergency

James E Grimes
Pasco County Corrections
20101 Central blvd.
Land O Lakes FL 34637

TAMPA FL 335
SAINT PETERSBURG FL
15 MAY 2026 PM 3 L

UNITED STATES
OF AMERICA
FOREVER/USA

Tampa Federal Courthouse
Court or Clerk
801 N Florida Ave.
Tampa, FL 33602

Screened by
USMS

LEGAL MAIL

LEGAL MAIL

33602-384802



PASCO County Corrections
Inmate Correspondence

55/7316